FILED
Feb 09 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/dan6m     DEPUTY

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '23 CR0234 TWR |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1), (b)(1)(A), and 846 – Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(A) – Distribution of Controlled Substances; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Secs. 952 and 960 – Importation of Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ FERNANDO BLANCO (3), ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Defendants. | |

The grand jury charges:

Count 1

Beginning no later than March 9, 2021, and continuing to and until March 15, 2021, within the Southern District of California, and elsewhere, defendants ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ FERNANDO BLANCO, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute

OR:nlv:San Diego:2/9/23

1 | 40 grams and more of a mixture and substance containing a detectable
2 | amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide
3 | (commonly known as fentanyl), to wit: 243 grams of fentanyl, a
4 | Schedule II Controlled Substance; in violation of Title 21, United
5 | States Code, Sections 841(a)(1), (b)(1)(B), and 846.

Count 2

On or about March 15, 2021, within the Southern District of California, and elsewhere, defendants ▮▮▮▮ FERNANDO BLANCO, ▮▮▮▮ did knowingly and intentionally distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), to wit: 243 grams of fentanyl, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

Count 3

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 3 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ███████ FERNANDO BLANCO, ███████ shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//

1 | it is the intent of the United States, pursuant to Title 21,
2 | United States Code, Section 853(p), to seek forfeiture of any other
3 | property of the defendants up to the value of the property listed above
4 | as being subject to forfeiture.
5 | All pursuant to Title 21, United States Code, Section 853.

DATED: February 9, 2023.

RANDY S. GROSSMAN
United States Attorney

By: _____
OWEN ROTH
ASHLEY E. GOFF
Assistant U.S. Attorneys