**FILED**
AUG 23 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FERNANDO BLANCO (3),<br><br>　　　　Defendant. | Case No. 23-CR-234 TWR<br><br>**ORDER AND JUDGMENT AND DISMISSAL**<br><br>The Honorable Todd W. Robinson |

Good cause having been shown, for the reasons stated in the Government's motion to dismiss, the Court grants the motion to dismiss the indictment without prejudice as to Defendant Fernando Blanco.

**SO ORDERED.**

Dated: 8/23/23

_____
The Honorable Todd W. Robinson
UNITED STATES DISTRICT JUDGE